

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00100-CV

**IN THE INTEREST OF B.Z.B AND B.Z.H.**, Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM507605
Honorable Eric J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: April 27, 2022

DISMISSED FOR WANT OF JURISDICTION

In an appeal filed on February 17, 2022, Appellant stated their intention to appeal the trial court's January 18, 2022 judgment. Subsequently, the trial court clerk notified this court that no such order exists.

Generally, "an appeal may be taken only from a final judgment. A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). But "[t]he intent to finally dispose of the case must be unequivocally expressed in the words of the order itself." *Id.* at 200.

On February 28, 2022, we ordered Appellant to show cause in writing by March 10, 2022, why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). We

warned Appellant that if they did not timely provide written proof as ordered, their appeal would be dismissed.  *See id.*  To date, we have received no response.

Therefore, we dismiss this appeal for want of jurisdiction.  The court reporter's notice of late record is moot.

PER CURIAM